# SARAFA LAW LLC

Melinda Sarafa
msarafa@sarafalaw.com

747 Third Avenue, Floor 20
New York, NY 10017
T: 212 785 7575
F: 212 785 7577
www.sarafalaw.com

March 4, 2014

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Araujo et al.**
                **13-CR-811 (ALC)**

Dear Judge Carter:

      I have served as CJA counsel to defendant Alvarado Dominguez in the above-referenced case since my appointment on November 19, 2013. Recently I accepted a position as in-house counsel to an investment advisory firm, which requires that I wind down my current practice. As I anticipate that I will not be able to represent Mr. Dominguez through the completion of his case, I respectfully request that the Court permit me to withdraw as counsel for Mr. Dominguez and appoint substitute counsel for the duration of the case. I respectfully submit that it is in the best interest of Mr. Dominguez to have substitute counsel appointed at this stage of proceedings so that new counsel has sufficient time to become familiar with the case and avoid any unnecessary delay of the proceedings.

      I have discussed this matter with Mr. Dominguez and notified Assistant United States Attorney Jason Masimore. I of course intend to appear with Mr. Dominguez at the conference scheduled for March 6, 2014, which I submit would be an appropriate time to address this matter.

                                                 Respectfully,

                                                 Melinda Sarafa

cc:    AUSA Jason Masimore (by ECF)
       All Counsel (by ECF)