EMMA M. GREENWOOD
Attorney at Law
299 Broadway, Suite 802
New York, New York 10007
emma@emgesq.com
(212) 227-5906

April 28, 2014

**VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *U.S. v Araujo, et al., 13 Cr. 811 (ALC)*

Dear Judge Carter:

     Per Your Honor's Order, and in my capacity as Coordinating Discovery Attorney (CDA) appointed in this matter on behalf of the defense, I provide the Court with this report re the status of discovery.

     I received the voluminous discovery materials the Government referenced at the April 9, 2014 conference on April 16, 2014. A number of drives have been duplicated for counsel and are being prepared on a rolling basis for retained and court-appointed counsel who have signed the Protective Order. A copy of the Government's cover letter and work product (i.e. Excel indices), which have already been distributed to counsel, are being included with the materials for counsels' convenience. I continue to coordinate with the Government to discuss any global discovery issues that arise.

     Also, on behalf of in-custody defendants at the MCC and MDC and their counsel, I provided the Government with a number of blank hard drives on April 11, 2014 on which to duplicate the non-protected discovery. The Government informed me regularly on the status of those duplication projects and confirmed the delivery/shipment of the drives to each of the facilities. To-date, the MCC has confirmed with my office that the materials are available for client review in the respective law library. My understanding is the Government provided the MDC with two sets of drives on April 21, 2014.

Respectfully yours,

Emma M. Greenwood
Coordinating Discovery Attorney

Cc: (by ECF)
AUSA Jason Masimore
AUSA Russell Capone
All defense counsel